**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

In re: FERGUSON, RICHARD &  § Case No. 11-11867
      FERGUSON, JACQUELINE G. §
      §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MARTIN A. SCHOTT, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $224,680.00 *(without deducting any secured claims)* | Assets Exempt: $35,000.00 |
| Total Distribution to Claimants: $1,353.11 | Claims Discharged Without Payment: $103,510.47 |
| Total Expenses of Administration: $1,040.34 | |

    3) Total gross receipts of $ 2,393.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,393.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $190,798.00 | $15,712.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,040.34 | 1,040.34 | 1,040.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,591.37 | 55,112.87 | 55,112.87 | 1,353.11 |
| **TOTAL DISBURSEMENTS** | $244,389.37 | $71,865.21 | $56,153.21 | $2,393.45 |

4) This case was originally filed under Chapter 7 on November 29, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2013          By: /s/MARTIN A. SCHOTT
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| DVD/VCR Combo; DVD Player | 1129-000 | 20.00 |
| Automotive Tools | 1129-000 | 80.00 |
| 27" Toshiba HD Television - 2010 | 1129-000 | 100.00 |
| 32" Samsung HD Television - 2006 | 1129-000 | 100.00 |
| 2 IPods; Dell Desktop All-in-one / Canon Printer | 1129-000 | 200.00 |
| Sony Digital Camera; Adding Machine; Luggage | 1129-000 | 75.00 |
| 17 HP Yard Machine Riding Mower - 2007 | 1129-000 | 150.00 |
| 60 Gallon Upright Compressor | 1129-000 | 50.00 |
| NON-EXEMPT WAGES | 1290-000 | 209.33 |
| 2011 FEDERAL TAX REFUND | 1224-000 | 1,409.12 |
| **TOTAL GROSS RECEIPTS** | | **$2,393.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12S | American Gateway Bank | 4110-000 | N/A | 15,712.00 | 0.00 | 0.00 |
| NOTFILED | TIB Mortgage | 4210-000 | 159,288.00 | N/A | N/A | 0.00 |
| NOTFILED | Allstate Financial Services, Inc. | 4210-000 | 1,510.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | American Gateway Bank | 4210-000 | 30,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $190,798.00 | $15,712.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARTIN A. SCHOTT | 2100-000 | N/A | 598.36 | 598.36 | 598.36 |
| MARTIN A. SCHOTT | 2200-000 | N/A | 176.98 | 176.98 | 176.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,040.34 | $1,040.34 | $1,040.34 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 5,559.90 | 5,559.90 | 139.88 |
| 2 | CANDICA, LLC | 7100-000 | N/A | 2,723.50 | 2,723.50 | 68.52 |
| 3 | PHARIA L.L.C. | 7100-000 | N/A | 1,992.77 | 1,992.77 | 50.14 |
| 4 | Capital Recovery IV LLC | 7100-000 | N/A | 1,008.21 | 1,008.21 | 25.37 |
| 5 | Capital Recovery IV LLC | 7100-000 | N/A | 797.80 | 797.80 | 20.07 |
| 6 | Union Credit Corporation of Louisiana | 7100-000 | N/A | 11,801.37 | 11,801.37 | 296.91 |
| 7 | Scott Porta, DDS | 7100-000 | 3,840.66 | 1,940.65 | 1,940.65 | 48.82 |
| 8 | DEPT OF EDUCATION | 7100-000 | N/A | 8,461.10 | 8,461.10 | 212.87 |
| 9 | Regions Bank | 7100-000 | N/A | 1,071.35 | 1,071.35 | 26.95 |
| 10 | Pioneer Credit | 7100-000 | N/A | 2,466.21 | 2,466.21 | 62.05 |
| 11 | Midland Funding LLC | 7100-000 | N/A | 982.13 | 982.13 | 24.71 |
| 12U | American Gateway Bank | 7100-000 | N/A | 14,977.72 | 14,977.72 | 376.82 |
| 13 | Capital One, N.A. | 7200-000 | N/A | 1,330.16 | 1,330.16 | 0.00 |
| NOTFILED | GEMB/Walmart | 7100-000 | 797.80 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Correspondence | 7100-000 | 1,263.42 | N/A | N/A | 0.00 |
| NOTFILED | Amazon | 7100-000 | 982.13 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 1,330.16 | N/A | N/A | 0.00 |
| NOTFILED | Regions Checking Accounts | 7100-000 | 1,071.35 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/ JC Penney | 7100-000 | 1,008.21 | N/A | N/A | 0.00 |
| NOTFILED | Conn's Credit Company | 7100-000 | 347.68 | N/A | N/A | 0.00 |
| NOTFILED | American Gateway Bank | 7100-000 | 607.50 | N/A | N/A | 0.00 |
| NOTFILED | ProActiv | 7100-000 | 45.89 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | TransFinancial Companies | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Ellis Johnson | 7100-000 | 211.96 | N/A | N/A | 0.00 |
| NOTFILED | General Revenue Corporation | 7100-000 | 234.00 | N/A | N/A | 0.00 |
| NOTFILED | Walter W. Ellis, MD, LLC | 7100-000 | 211.96 | N/A | N/A | 0.00 |
| NOTFILED | Pioneer Credit | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Surgical Care | 7100-000 | 342.35 | N/A | N/A | 0.00 |
| NOTFILED | DirecTV | 7100-000 | 556.16 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services c/o Customer Service | 7100-000 | 4,245.99 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card Customer Service Discover Financial | 7100-000 | 5,297.00 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Bank Card Services | 7100-000 | 2,723.50 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/CARE CREDIT | 7100-000 | 6,170.65 | N/A | N/A | 0.00 |
| NOTFILED | Federal Student Loan | 7100-000 | 8,088.00 | N/A | N/A | 0.00 |
| NOTFILED | Union Credit Corporation of Louisiana | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Card Services | 7100-000 | 2,615.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,591.37 | $55,112.87 | $55,112.87 | $1,353.11 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-11867  
**Case Name:** FERGUSON, RICHARD &  
FERGUSON, JACQUELINE G.  
**Period Ending:** 06/27/13

**Trustee:** (380080) MARTIN A. SCHOTT  
**Filed (f) or Converted (c):** 11/29/11 (f)  
**§341(a) Meeting Date:** 12/22/11  
**Claims Bar Date:** 03/26/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6509 Teah Dr., Greenwell Springs, La. 70739 | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods and furnishings | 555.00 | 555.00 | | 0.00 | FA |
| 3 | DVD/VCR Combo; DVD Player | 20.00 | 20.00 | | 20.00 | FA |
| 4 | Men's/Women's/Children's Clothing | 525.00 | 525.00 | | 0.00 | FA |
| 5 | Disposable Wages | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Earned Income Credit Portion of Federal Income T | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 1996 Chevrolet Impala - 4 Door - 100,000 miles B | 250.00 | 250.00 | | 0.00 | FA |
| 8 | 2003 Acura TL - 4 Door - 90,000 miles | 6,350.00 | 4,840.00 | | 0.00 | FA |
| 9 | Automotive Tools | 100.00 | 80.00 | | 80.00 | FA |
| 10 | 27" Toshiba HD Television - 2010 | 150.00 | 100.00 | | 100.00 | FA |
| 11 | 32" Samsung HD Television - 2006 | 100.00 | 100.00 | | 100.00 | FA |
| 12 | 2 IPods; Dell Desktop All-in-one / Canon Printer | 200.00 | 200.00 | | 200.00 | FA |
| 13 | Sony Digital Camera; Adding Machine; Luggage | 75.00 | 75.00 | | 75.00 | FA |
| 14 | 17 HP Yard Machine Riding Mower - 2007 | 150.00 | 150.00 | | 150.00 | FA |
| 15 | 60 Gallon Upright Compressor | 50.00 | 50.00 | | 50.00 | FA |
| 16 | PREFERENCE PAYMENT TO PARENTS  (u)<br>    NO PREFERENCE EXISTS | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 17 | NON-EXEMPT WAGES  (u) | 209.33 | 209.33 | | 209.33 | FA |
| 18 | 2011 FEDERAL TAX REFUND  (u) | 1,542.00 | 1,542.00 | | 1,409.12 | FA |
| 19 | 2011 STATE TAX REFUND  (u)<br>    DEBTORS OWE | Unknown | Unknown | | 0.00 | FA |
| 19 | **Assets    Totals** (Excluding unknown values) | **$227,276.33** | **$15,696.33** | | **$2,393.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-11867  
**Case Name:** FERGUSON, RICHARD &  
FERGUSON, JACQUELINE G.  
**Period Ending:** 06/27/13

**Trustee:** (380080) MARTIN A. SCHOTT  
**Filed (f) or Converted (c):** 11/29/11 (f)  
**§341(a) Meeting Date:** 12/22/11  
**Claims Bar Date:** 03/26/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** April 10, 2013 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 11-11867  
**Case Name:** FERGUSON, RICHARD & FERGUSON, JACQUELINE G.  
**Taxpayer ID #:** **-***1494  
**Period Ending:** 06/27/13

**Trustee:** MARTIN A. SCHOTT (380080)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-65 - Checking Account  
**Blanket Bond:** $35,249,760.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/12 | | BANK OF ZACHARY (DEBTORS) | 2011 FEDERAL TAX REFUND~$1,409.12 ESTATE'S PORTION~$ 132.88 DEBTORS' PORTION APPLIED TO REDUCE BALANCE DUE~ ESTATE FOR NON-EXEMPT ASSETS | | 1,542.00 | | 1,542.00 |
| | {18} | | Federal Tax Refund       1,409.12 | 1224-000 | | | 1,542.00 |
| | {10} | | TV                          132.88 | 1129-000 | | | 1,542.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,517.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,492.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,467.00 |
| 06/26/12 | {12} | CARL FERGUSON (OBO DEBTORS) | N.E. ASSETS | 1129-000 | 150.00 | | 1,617.00 |
| 06/26/12 | | CARL FERGUSON (OBO DEBTORS) | N.E. ASSETS | | 771.45 | | 2,388.45 |
| | {3} | | PURCHASE OF           20.00<br>NONEXEMPT<br>HOUSEHOLD ITEMS | 1129-000 | | | 2,388.45 |
| | {9} | | PURCHASE OF          100.00<br>NONEXEMPT<br>HOUSEHOLD ITEMS | 1129-000 | | | 2,388.45 |
| | {10} | | PURCHASE OF           17.12<br>NONEXEMPT<br>HOUSEHOLD ITEMS | 1129-000 | | | 2,388.45 |
| | {11} | | PURCHASE OF          100.00<br>NONEXEMPT<br>HOUSEHOLD ITEMS | 1129-000 | | | 2,388.45 |
| | {12} | | PURCHASE OF           50.00<br>NONEXEMPT<br>HOUSEHOLD ITEMS | 1129-000 | | | 2,388.45 |
| | {13} | | PURCHASE OF           75.00<br>NONEXEMPT<br>HOUSEHOLD ITEMS | 1129-000 | | | 2,388.45 |
| | {14} | | PURCHASE OF          150.00<br>NONEXEMPT<br>HOUSEHOLD ITEMS | 1129-000 | | | 2,388.45 |
| | {15} | | PURCHASE OF           50.00<br>NONEXEMPT<br>HOUSEHOLD ITEMS | 1129-000 | | | 2,388.45 |
| | {17} | | N.E. WAGES            209.33 | 1290-000 | | | 2,388.45 |

Subtotals :      $2,463.45      $75.00

{} Asset reference(s)                                                                                                       Printed: 06/27/2013 09:36 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-11867  
**Case Name:** FERGUSON, RICHARD & FERGUSON, JACQUELINE G.  
**Taxpayer ID #:** **-***1494  
**Period Ending:** 06/27/13

**Trustee:** MARTIN A. SCHOTT (380080)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-65 - Checking Account  
**Blanket Bond:** $35,249,760.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/28/12 | | RICHARD FERGUSON | CHECK WRITTEN OUT FOR DIFFERENT AMOUNT THAN NUMBER | | | -70.00 | | 2,318.45 |
| | {9} | | tools | -20.00 | 1129-000 | | | 2,318.45 |
| | {10} | | TV | -50.00 | 1129-000 | | | 2,318.45 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,293.45 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,268.45 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,243.45 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,218.45 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,193.45 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,168.45 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001038008088 20121213 | | 9999-000 | | 2,168.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 2,393.45 | 2,393.45 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 2,168.45 | |
| | | | **Subtotal** | | | 2,393.45 | 225.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$2,393.45** | **$225.00** | |

{} Asset reference(s)

Printed: 06/27/2013 09:36 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-11867 | | Trustee: | MARTIN A. SCHOTT (380080) |
|---|---|---|---|---|
| Case Name: | FERGUSON, RICHARD & FERGUSON, JACQUELINE G. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****467666 - Checking Account |
| Taxpayer ID #: | **-***1494 | | Blanket Bond: | $35,249,760.00  (per case limit) |
| Period Ending: | 06/27/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,168.45 | | 2,168.45 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,158.45 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,148.45 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,138.45 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,128.45 |
| 05/14/13 | 11001 | MARTIN A. SCHOTT | Dividend paid 100.00% on $598.36, Trustee Compensation;  Reference: | 2100-000 | | 598.36 | 1,530.09 |
| 05/14/13 | 11002 | MARTIN A. SCHOTT | Dividend paid 100.00% on $176.98, Trustee Expenses;  Reference: | 2200-000 | | 176.98 | 1,353.11 |
| 05/14/13 | 11003 | Discover Bank | Dividend paid   2.51% on $5,559.90; Claim# 1; Filed: $5,559.90; Reference: 0605 | 7100-000 | | 139.88 | 1,213.23 |
| 05/14/13 | 11004 | CANDICA, LLC | Dividend paid   2.51% on $2,723.50; Claim# 2; Filed: $2,723.50; Reference: 2890 | 7100-000 | | 68.52 | 1,144.71 |
| 05/14/13 | 11005 | PHARIA L.L.C. | Dividend paid   2.51% on $1,992.77; Claim# 3; Filed: $1,992.77; Reference: 0498 | 7100-000 | | 50.14 | 1,094.57 |
| 05/14/13 | 11006 | Capital Recovery IV LLC | Dividend paid   2.51% on $1,008.21; Claim# 4; Filed: $1,008.21; Reference: 5119 | 7100-000 | | 25.37 | 1,069.20 |
| 05/14/13 | 11007 | Capital Recovery IV LLC | Dividend paid   2.51% on $797.80; Claim# 5; Filed: $797.80; Reference: 6017 | 7100-000 | | 20.07 | 1,049.13 |
| 05/14/13 | 11008 | Union Credit Corporation of Louisiana | Dividend paid   2.51% on $11,801.37; Claim# 6; Filed: $11,801.37; Reference: 6963 | 7100-000 | | 296.91 | 752.22 |
| 05/14/13 | 11009 | Scott Porta, DDS | Dividend paid   2.51% on $1,940.65; Claim# 7; Filed: $1,940.65; Reference: 6098 | 7100-000 | | 48.82 | 703.40 |
| 05/14/13 | 11010 | DEPT OF EDUCATION | Dividend paid   2.51% on $8,461.10; Claim# 8; Filed: $8,461.10; Reference: 2105 | 7100-000 | | 212.87 | 490.53 |
| 05/14/13 | 11011 | Regions Bank | Dividend paid   2.51% on $1,071.35; Claim# 9; Filed: $1,071.35; Reference: 3284 | 7100-000 | | 26.95 | 463.58 |
| 05/14/13 | 11012 | Pioneer Credit | Dividend paid   2.51% on $2,466.21; Claim# 10; Filed: $2,466.21; Reference: 4009/1 | 7100-000 | | 62.05 | 401.53 |
| 05/14/13 | 11013 | Midland Funding LLC | Dividend paid   2.51% on $982.13; Claim# 11; Filed: $982.13; Reference: | 7100-000 | | 24.71 | 376.82 |
| 05/14/13 | 11014 | American Gateway Bank | Dividend paid   2.51% on $14,977.72; Claim# 12U; Filed: $14,977.72; Reference: 0693 | 7100-000 | | 376.82 | 0.00 |

Subtotals :    $2,168.45    $2,168.45

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-11867  
**Case Name:** FERGUSON, RICHARD & FERGUSON, JACQUELINE G.  
**Taxpayer ID #:** **-***1494  
**Period Ending:** 06/27/13

**Trustee:** MARTIN A. SCHOTT (380080)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****467666 - Checking Account  
**Blanket Bond:** $35,249,760.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 2,168.45 | 2,168.45 | $0.00 |
| | | | Less: Bank Transfers | | 2,168.45 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,168.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,168.45** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******86-65** | 2,393.45 | 225.00 | 0.00 |
| **Checking # ****467666** | 0.00 | 2,168.45 | 0.00 |
| | $2,393.45 | $2,393.45 | $0.00 |

{} Asset reference(s)

Printed: 06/27/2013 09:36 AM    V.13.13